IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| MICHAEL McCOY,<br><br>    **Plaintiff,**<br><br>v.<br><br>DOUGHTERY COUNTY, GEORGIA, *et al.*,<br><br>    **Defendants.** | CASE NO:<br>1:25-cv-5–WLS |

## ORDER

On June 9, 2025, Bobby E. Hill, Jr. signed the answer and counterclaim (Doc. 11) filed with this Court on behalf of Defendants Lorenzo Heard, Gloria Gaines, Clinton Johnson, and Victor Edwards. On June 10, 2025, the Clerk of this Court issued a notice to Mr. Hill that he does not meet the Court's required attorney admission policy. (*See* June 10, 2025 Docket text entry). The Clerk's notice required Mr. Hill to meet all of the required attorney admissions policies of this Court within fourteen days of the notice, including the payment of Pro Hac Vice or admissions fees. When Mr. Hill failed to comply with the Clerk's notice, a second notice to counsel, Bobby E. Hill, Jr., was docketed on June 26, 2025, giving him notice to comply with the Court's admission requirements within fourteen days. Again, Mr. Hill has not complied with the Clerk's notice within the time prescribed. (*See* July 11, 2025 Docket text entry).

Accordingly, it is hereby **ORDERED** that Mr. Hill shall comply with the admission Rules of this Court **instanter**.

**SO ORDERED**, this 15th day of July 2025.

                                                              /s/W. Louis Sands
                                                              **W. LOUIS SANDS, SR. JUDGE**
                                                              **UNITED STATES DISTRICT COURT**