**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| **MICHAEL McCOY,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CASE NO:** |
| | : | **1:25-cv-5–WLS** |
| **DOUGHTERY COUNTY, GEORGIA,** | : | |
| ***et al.*,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

# ORDER

By Notice (Doc. 29) docketed November 4, 2026, the Court notified the Parties that this case is scheduled for a pretrial conference on December 2, 2026, at 3:00 p.m. and for trial during the Court's Albany January 2027 Trial Term beginning January 4, 2026. On November 20, 2026, Defendant Dougherty County, Georgia ("County") filed an Amended Motion for Declaratory Relief (Doc. 32) ("Amended Motion") and requested a hearing on such motion.[1] Briefing on the Amended Motion will not be completed until December 28, 2026. Considering the time necessary to complete the Record in this matter, to hold a hearing if the Court deems one necessary, and for the Court to consider and render a decision on the Amended Motion, the Court finds it appropriate to remove this case from the Albany January 2027 Trial Calendar.

Accordingly, the trial of this case is *sua sponte* **CONTINUED** and is removed from the Albany January 2027 Trial Calendar. The case will be renoticed for pretrial conference and trial by separate notice or Order at a date and time the Court determines appropriate. Further, the December 2, 2026 pretrial conference is **CANCELLED**.

**SO ORDERED**, this 25th day of November 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

[1] The original Motion for Declaratory Relief (Doc. 32) was filed November 19, 2026, and is replaced in its entirety by the Amended Motion (Doc. 33).